**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gina L. Samuels,<br><br>               Plaintiff,<br><br>v.<br><br>Michael J. Astrue, et al.,<br><br>               Defendants. | No. CV-12-01665-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 29). The Court now rules on the motion.

## I.   Background

Plaintiff brought this action seeking review of an Administrative Law Judge ("ALJ")'s decision denying her Social Security benefits. (Doc. 1). Plaintiff paid the filing fee for her complaint. (*Id.*) The Court affirmed the ALJ's decision, (Doc. 24), and Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals, (Doc. 26). Plaintiff now seeks to proceed *in forma pauperis* for her appeal. (Doc. 29).

## II.   Legal Standard

Federal Rule of Appellate Procedure ("FRAP") 24(a)(1) provides that generally "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." The movant must attach an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; . . . claims an entitlement to redress; and states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(A)-(C).

### III. Analysis

Plaintiff has submitted an affidavit showing her indigence in the detail prescribed by FRAP Form 4, (Doc. 29-1), and according to this affidavit, Plaintiff is unable to pay the costs of her appeal. Plaintiff's affidavit adequately states her issues on appeal and claims her entitlement to redress.

### IV. Conclusion

For the foregoing reasons,

**IT IS ORDERED** granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 29).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of this Order to the Ninth Circuit Court of Appeals.

Dated this 10th day of September, 2014.

*James A. Teilborg*
Senior United States District Judge